IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; and PALLAVI GOGOI, Movants, § § § § § | |
| v. § | Miscellaneous Action No. 3:20-MC-007-N |
| CHAPWOOD CAPITAL INVESTMENT MANAGEMENT, LLC, § § Respondent. § | Referred to U.S. Magistrate Judge |

**ORDER**

By *Order of Reference* filed February 4, 2020, before the Court for determination is the *Motion to Compel Chapwood Capital Investment Management, LLC to Comply with Fed. R. Civ. P. 45 Subpoena*, filed January 24, 2020 (doc. 1). Also before the Court is the *Response of Chapwood Capital Investment Management, LLC to Order Regarding Transfer of Proceeding (Doc. 4.)*, filed March 2, 2020 (doc. 10), which states that it consents to transfer of this case to the district where the underlying main case is penidng.

Under Fed. R. Civ. P. 45(f), the motion is hereby transferred and remitted to the Eastern District of Texas for determination in the underlying action, *Butowsky v. Folkenflik, et al.*, No. 4:18-cv-00442-alm (E.D. Tex.). The Clerk's Office shall terminate this miscellaneous case.

**SO ORDERED** on this 6th day of March, 2020.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE